UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Soho Studio, Corp.,

                Plaintiff,

    -v-

Ogassian Inc., et al.,

               Defendants.

---

19-cv-9459 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Initial Pretrial Conference in this matter is hereby ADJOURNED to April 21, 2020 at 1:30 P.M.

SO ORDERED.

Dated: March 10, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge